# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **Mary Ann A. Blanco, et al** <br><br> **Plaintiffs - Appellants,** <br><br> v. <br><br> **Trump Ruffin Tower I, LLC** <br><br> **Defendant - Appellee.** | 9th Cir. No.: 11-17221 <br> D.C. No.: 2:11-cv-00153-GMN-PAL <br><br> **CONSENT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants Mary Ann A. Blanco, et al. hereby move to dismiss this appeal with prejudice. To the extent that any costs or fees must be paid, Appellants shall bear such costs. Appellee Trump Ruffin Tower I LLC agrees to the terms of this dismissal. A Proposed Order is attached hereto.

DATED: November 28, 2011

LOVAAS & LEHTINEN, P.C.

*s/ Aaron D. Lovaas*
Aaron D. Lovaas
Kristan Elizabeth Lehtinen
Lovaas & Lehtinen, P.C.
6128 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 388-1011
Facsimile: (702) 387-1011

*Attorneys for Mary Ann A. Blanco, et al.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Mary Ann A. Blanco, et al<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>Trump Ruffin Tower I, LLC<br><br>Defendant - Appellee. | 9th Cir. No.: 11-17221<br>D.C. No.: 2:11-cv-00153-GMN-PAL<br><br>[PROPOSED] ORDER DISMISSING APPEAL WITH PREJUDICE |

By agreement of the parties, and for good cause shown, the Court hereby GRANTS Appellants' Consent Motion to Dismiss With Prejudice. To the extent that any costs or fees must be paid, Appellants shall bear such costs.

SO ORDERED, this ____ day of _____, 2011.

_____
Circuit Court Judge
United States Court of Appeals for the Ninth Circuit